## Case No. 14,287.

### The TWILIGHT.

[Cited in Pollock v. The Laura, 5 Fed. 142. Nowhere reported; opinion not now accessible.]

---

TWINING (LINDSAY v.). See Case No. 8,-367.

TWITCHELL (ROLLINS v.). See Case No. 12,027.

TWO ANCHORS & CHAINS (LLEWELLYN v.). See Case No. 8,428.

TWO BARRELS (UNITED STATES v.). See Case No. 16,575.